## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: YESHIVA OHR SHRAGA VERETZKY V. TOWN OF HIGHLAND ZONING BOARD _____ Docket No.: 26-638

Lead Counsel of Record (name/firm) or Pro se Party (name): Steven Barshov / SBarshovLaw PLLC

Appearance for (party/designation): Yeshiva Ohr Shraga Veretzky / Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect.   Please change the following parties' designations:
   Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____  Fax:_____
Email:_____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
8-31-2021 _____OR that ( ) I applied for admission on_____ or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name: STEVEN BARSHOV _____
       OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

**ACMS Case Summary**

**United States Court of Appeals for the Second Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 26-638 | **Docketed:** 03/16/2026 |

**Nature of Suit:** 3440 CIVIL RIGHTS-Other

Shraga Veretzky v. Town of Highland Zoning Board of Appeals

**Appeal From:** SDNY (WHITE PLAINS)

**Fee Status:** Paid

↳Yeshiva Ohr

---

**Case Type Information:**

   1) Civil

   2) Private

   3)

---

**Originating Court Information:**

   **District:** SDNY (WHITE PLAINS) : 7:24-cv-8477

   **Trial Judge:** Cathy Seibel, District Court

   **Date Filed:** 11/07/2024

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/07/2026 | 03/07/2026 | 03/11/2026 | 03/12/2026 |

---

**Prior Cases:**

   None

**Current Cases:**

   None

---

| | | |
|---|---|---|
| 3/12/2026 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Yeshiva Ohr Shraga Veretzky, FILED. [Entered: 03/16/2026 11:49 AM] |
| 3/12/2026 | 2 | DISTRICT COURT OPINION AND ORDER ON MOTION TO DISMISS, dated 03/05/2026, RECEIVED. [Entered: 03/16/2026 11:51 AM] |
| 3/12/2026 | 3 | DISTRICT COURT JUDGMENT, dated 03/07/2026, RECEIVED. [Entered: 03/16/2026 11:53 AM] |
| 3/12/2026 | 4 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Yeshiva Ohr Shraga Veretzky, district court receipt #ANYSDC−32530912, FILED. [Entered: 03/16/2026 11:55 AM] |
| 3/16/2026 | 5 | CIVIL APPEAL, on behalf of Appellant Yeshiva Ohr Shraga Veretzky, OPENED. [Entered: 03/16/2026 11:57 AM] |
| 3/17/2026 | 6 | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 03/17/2026 03:32 PM] |