**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 31, 2026
Docket #: 26-638
Short Title: Shraga Veretzky v. Town of Highland Zoning
Board of Appeals

DC Docket #: 7:24-cv-8477
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Cathy Seibel

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8588.