**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 31, 2026
Docket #: 26-638
Short Title: Shraga Veretzky v. Town of Highland Zoning
Board of Appeals

DC Docket #: 7:24-cv-8477
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Cathy Seibel

## NOTICE OF EXPEDITED APPEAL

By notice filed March 11, 2026, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is, due no later than May 5, 2026, 35 days from the date of this notice. Appellees' briefs are due no later than June 9, 2026, or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8588.