233 East Main Street
Middletown, NY 10940
(845)344-5863



FUSCO
ENGINEERING &
LAND SURVEYING, D.P.C.

COMMENTS – ZONING:

1. Under Chapter 190, Schedule 2, District Schedule of Use Regulations R2 District:
   a. Hotel/Motel is listed as Special Use Permit and is required.
   b. Multi-Purpose building is not specifically listed in R2 but is part of Hotel/Motel and part of Special Use Permit (SUP).
   c. Place of Worship is listed in R2 and require a Special Use Permit from the Planning Board. This would also include the Mikvah, Religious Retreat, and religious education.

2. The above shows that this project can be considered by the Planning Board as a combination of Special User Permits; mainly due to the Place of Worship designation and the New York State and Federal RLUIPA 2000 legislature. The Planning Board must determine carefully if the Place of Worship and religious education are the basis of the application.

We will, of course, make sure that the design and workmanship meets the requirements of the Town of Highland Code and the NYSBCC New York State Building Construction Codes and NYS Fire Codes.

COMMENTS – SITE PLAN REVIEW:

1. Show dimensions of setback on plans.

2. Is existing water system and new to be tied together or independent water systems? Show all waterlines and material.

3. Show dimensions between all buildings, primarily the dormitories.

4. Provide a septic disposal system for the Mikva.

5. Provide parking area for Mikva.

6. Provide test results for the soil tests that have been performed.

7. The existing reserve area and the proposed sanitary system will need witnessed soil testing.

8. The Multi-Purpose building will need to have sewer shown and included in calculations for usage.

9. Show cleanouts at angle points of sewer line or at 75' intervals.

10. Provide a 200' minimum radius from the proposed well to the existing septic reserve.

11. Indicate inverts on septic tanks, pump chamber, distribution boxes.

12. Show the location of roof/footing drains.

13. Calculations shall be provided for switch/on and off on septic pump.

233 East Main Street
Middletown, NY 10940
(845)344-5863



14. Provide the source of the topography shown on the mapping.

15. Provide construction details on new access road.

16. NYSDOH approval is required for water and sanitary systems.

17. NYSDEC SPEDES permit is required for sanitary system..

18. Identify water piping detail, type, depth, etc.

19. Detailed specifications for sidewalks, curbing, asphalt paving, landscape, lighting, signage and stripping are required.

20. Show drainage with calculations to verify the size of the rain garden.

21. Provide a driveway sight distance on all existing/proposed entrances.

22. Show fire truck turning access.

23. All buildings to meet New York State Building Construction Code and NYS Fire Code as well as all NYS and local codes.

24. Provide handicapped accessibility to all existing and proposed buildings.

25. Indicate handicap detectable warning pads where needed on the sidewalks.

26. Plans to be provided to the local fire department for comment.

27. Note required regarding no tree cutting from April 1 to October 1.

28. Additional detail is required on all construction.

29. Escrow account required for inspections of public improvements.

30. Provide list of involved and interested parties for SEQRA determinations.

31. No work can begin until approved.

32. Stormwater Pollution Prevention Plan (SWPPP) is required, we would ask that additional silt fencing is shown along the new access road to the proposed dormitories to protect the existing septic disposal area from stormwater runoff.

33. Show any signage and indicate proposed signage.

34. Show dumpsters.

35. Board comments.

Action:

233 East Main Street
Middletown, NY 10940
(845)344-5863



None at this time.


Please advise if you have any questions.

Very truly yours,

Alfred A. Fusco, Jr., P.E.
Fusco Engineering &
Land Surveying, D.P.C.

Cc:   Town Clerk
      Building Department
      Michael Davidoff
      John Fuller, P.E.
      Alfred A. Fusco, Jr., P.E.
      BJ Gettel

 

ENGINEERING · ARCHITECTURE · SURVEYING · PLANNING

## MEMORANDUM

TO: Michael Davidoff, Esq., Drew, Davidoff & Edwards – Attorney to the Town of Highland
Julie Brennan, Legal Assistant, Drew, Davidoff & Edwards

CC: Jeffery Haas – Supervisor, Town of Highland
Nicole Allen, AICP – Planning Services Manager, Laberge Group

FROM: Kevin Schwenzfeier – Senior Planner, Laberge Group

DATE: May 24, 2023

RE: **Proposed Special Use Review of 211 Mail Road Pre-Submission Planning Board**

As requested, please find below a special use review for the Pre-Submission for 211 Mail Road, in the Town of Highland.

| | |
|---|---|
| **Applicant:** | John D. Fuller, P.E. |
| **Address:** | 211 Mail Road |
| **SBL:** | 15.-1-70.1 & 15.-1-70.2 |
| **Zoning:** | Agricultural-Residential (R2) |
| **Request:** | Special Use Permit – Change of Use |

### Application Discussion:

- The applicant seeks a new special use permit for the addition of four (4) 5,800 sf dormitories, an 800 sf Mikvah, and a 10,150 sf multi-purpose building for operation as a religious retreat to a property currently specially permitted as a "Hotel".

- The dormitories and multi-purpose building would be serviced by a new drilled well and septic system.

- The memorandum dated April 27, 2023, prepared by Steven Barshov asserts that absent clear definitions in the Town zoning code, the proposed application must be reviewed as a "Place of Worship."

- Please note we have not reviewed the site or sketch plans of the proposed project. The below comments are based on information provided in the Application and EAF dated February 10, 2023, as well as the memorandum referenced above.

### Assessment:

1. <u>Understanding of Principal Use</u>. The application thus far has focused on the use of the site during the "summer months" as a "Religious Retreat" (assume three months, June-August), while the existing "Hotel" use is proposed to remain throughout the remainder of the year (assume nine months, September-May). The code does not speak to the regulation of multiple principal uses on a lot and should be evaluated by the Planning Board for consistency with the Town Zoning Law.

2. This project was presented in the Special Use Permit Application as both a "Hotel" which is a special use within the R2 District as well as a "Religious Retreat":

Memo Town of Highland – Proposed Special Use Review
211 Mail Road Pre-Submission Planning Board
May 24, 2023
Page 2 of 2

a. In accordance with §190-12(B) – "Any use not listed specifically within the District Schedule of Use Regulations shall be considered a prohibited use in all districts under this chapter. Where permitted or special uses are identified by generic words or descriptions, the Planning Board shall determine whether a specific use shall be construed to be part of such generic class. In making such determination, the Planning Board shall consider to what extent the proposed uses is similar to the class of use indicated in the District Schedule of Use Regulations. If a use is specifically listed elsewhere in the District Schedule of Use Regulations, it is excluded from a generic classification."

b. Hotel/Motel:

- Hotel/Motel is listed in Chapter 190 Schedule 2: Schedule of Use Regulations and requires a Special Use Permit (SUP) in the R2 District.

- A Multi-Purpose Building while not specifically listed in Chapter 190 Schedule 2: Schedule of Use Regulations, is a common element of a "Hotel/Motel".

- However, it remains unclear as to the extent to which the hotel use is to be altered from current operations. A hotel/motel is not a dormitory and is not intended for year-round residency. In accordance with §190-12(B), a dormitory is not a generic class of a hotel/motel. In addition, a Religious Retreat, Mikvah, and Children's Camp are also not considered common elements of a "Hotel/Motel".

c. Religious Retreat: Additional information is needed from the applicant to understand the proposed use. This proposed use is not specifically listed in Chapter 190 Schedule 2: Schedule of Use Regulations. We offer the following for the Town's consideration as to whether this specific use can be construed to be part of such generic class:

- "Place of Worship" is listed in Chapter 190 Schedule 2: Schedule of Use Regulations and requires a Special Use Permit (SUP) in the R2 District.

- A "Mikvah", while not specifically listed in Chapter 190 Schedule 2: Schedule of Use Regulations, is a common element of a "place of worship."

- "Religious Retreat" may be included in the generic class of "Place of Worship" with additional information for the Planning Board to determine.

- A "Multi-Purpose Building" while not specifically listed in Chapter 190 Schedule 2: Schedule of Use Regulations, is a common element of a "Place of Worship".

- "Educational Institutions" if the definition is to be extended to the generic class per 190-12, this use is not permitted in R2 District. Educational Institutions are allowed only in the HC District.

- "Hotel" and "Dormitories" are not considered to be common elements of a "Place of Worship".

- "Camp, Child" is defined in Chapter 190 Schedule 2 as "An establishment, either publicly or privately owned, complete with buildings, structures, sanitary facilities, and ancillary services designated for the recreation and education of youth. The definition shall not include motels/hotels, campgrounds, or short-term rentals as defined herein." However, Chapter 190-41(H) identifies the defined children's camps as prohibited in all districts.

Town of Highland Planning Board
Meeting Minutes August 23, 2023

Chairman calls the meeting to order at 6:00 PM regarding all Public Hearing Applications, and all new Short Term Rental Applications.

Chairman states the minutes are being recorded
**Applications brought over from 072623 (Needed to complete fire inspections)**

**Application #16-2023 Earl Cokley Short Term Residential Application**
As per the Code Officer BJ Gettel Mr. Cokley has passed his fire inspection, and has his (911) sign on order
Motion to approve Application #16-2023 with quiet hours to kept from 10PM-7AM, and contacting the code office when he has received his 911 sign:
Motion: Jeff Spitz          Second: JT Vogt          All in favor

**Application #22-2023 Gary Gutekunst  Short Term Residential Application**
As per the Code Officer BJ Gettel Mr. Gutekunst has passed his fire inspection.
Motion to approve Application #22-2023 with quiet hours to kept from 10PM-7AM.
Motion: Steve Bott          Second: Jeff Spitz          All in favor

**Application #23-2023 Rodrigo Marques Short Term Residential Application:**
As per the Code Officer BJ Gettel Mr. Marques has passed his fire inspection.
Motion to approve Application #23-2023 with quiet hours to kept from 10PM-7AM and that Mr. Marques place no trespassing signs and make his tenants aware that they have no lake access as per the Home Owners Assoc.
Motion: JT Vogt          Second: Steve Bott          All in favor

**Application #24-2023 Edun Sela  Short Term Residential Application**
As per the Code Officer BJ Gettel Mr. Sela has passed his fire inspection.
Motion to approve Application #24-2023 with quiet hours to kept from 10PM-7AM.
Motion: Jeff Spitz          Second: JT Vogt          All in favor

**Application # 27-2023 Max Karr Short Term Rental Public Hearing**
Motion to open the public hearing on Application #27-2023:
Motion: JT Vogt          Second: Jeff Spitz          All in favor
Secretary reads the public notice posted in the local newspapers.
There were (19) letters mailed to the surrounding neighbors and (12) returned.
Correspondence: UDC (Upper Delaware Council) report that Mr. Karr's property does not fall in the river corridor.

### Application #33-2023 Katherine Mango Short Term Rental

Ms. Mango owns a home at 44 Woods Road. Ms. Mango's husband Boris was in attendance, and states that the home is a 2-bedroom, 2-bath house.

Ms. Mango goes over her application with the board.

Motion to schedule a public hearing on application #33-2023 to be held September 27, 2023 at 6PM:

Motion: JT Vogt          Second: Jeff Spitz          All in favor

### Application #34-2023 Tom Kim & Jane Lee Short Term Rental

Tom & Jane  own a 3-bedroom, 3-bath  home at 48 Pine Ayre Dr. Tom and Jane explain to the board that the entire home is a smart home that they can control with their phones. Tom & Jane go over their application with the board. The applicants are waiting on their insurance policy and should have the updated and active policy by the public hearing.

Motion to schedule a public hearing on application #34-2023 to be held September 27, 2023 at 6PM:

Motion: Jeff Spitz          Second: Laura Burrell          All in favor

### Application #5-2022 Camp Fimfo – Catskills (Kittatiny) Site Plan Review

Chairman Norm Sutherland states that the NPS ( National Park Service) was invited to attend the meeting, but received no response.

In attendance tonight is Hayden Carnell from Keystone Assoc. representing the Town.

Mr. Carnell reads Part (3) of SEQR and discusses his recommendations to the board.

The secretary will post the report and comments on the town's website.

The board will review the addendum, Keystone report , and Part (3) of SEQR.

The applicant will be added to the September 27, 2023 agenda.

### Application #7-2023 211 Mail Road LLC Site Plan Review

In attendance on behalf of the town:

Scott Buchholz of Fusco Engineering

And on behalf of the applicant:

John Fuller Civil & Structural Engineer

 Fusco Engineering was presented at the meeting tonight and the board will need time to review. (Please see attached)

211 Mail Road is currently listed in the town as a Hotel/Motel Restaurant. The hotel is (7) units, the motel is (20) units, a bar/lounge, a gym, and cabins.

The applicant is asking the board to allow a religious venue and construct (4) dormitories (32 bedrooms each), a 10,000 or more square foot multi use building, and a Mikva for ritual bathing.

Also proposed on the property located across the street, the applicants propose a (62) spot parking lot.

Mr. Fuller who is familiar with the property feels the current septic and water are adequate for this proposal. Perk tests have been completed, and Mr. Fuller will investigate whether wetlands exist. Mr. Fuller also states that the DOH (Department of Health) previously approved the existing septic.

Scott Reed asked how many patrons will each dorm room house?, and Mr. Fuller replied (1) patron per room, and that also helped calculate the septic usage.

Other concerns are the 30MPH speed limit, and the increase in traffic.

The board will review the report from Fusco Engineering, as well as giving Mr. Fuller time to review and respond.

Application #7-2023 will be scheduled on the September 27, 2023 agenda.

Motion to close the meeting:
Motion: Jeff Spitz        Second: JT Vogt          All in favor
Meeting adjourned



| | |
|---|---|
| **FUSCO**<br>**ENGINEERING &**<br>**LAND SURVEYING, D.P.C.** | 233 East Main Street    Phone: (845)344-5863<br>Middletown, NY 10940    Fax: (845)956-5865<br><br>*Consulting Engineers*<br><br>*Alfred A. Fusco, Jr.*    *Alfred A. Fusco, III*<br>*P.E. Principal*    *General Manager* |

August 21, 2023

Norman Sutherland, Planning Board Chairman
Town of Highland
4 Proctor Road
Eldred, New York 12732

RE:   211 Mail Road    ,
      Preliminary Review
      Town of Highland
      SBL 15-1-70.1 and 70.2
      Our file # HL-004

Dear Chairman Sutherland,

We have reviewed the material submitted to us by John Fuller, P.E., and are providing this review as the Town of Highland Planning Board Consultant.

|  |  |
|---|---|
| Project: | Applicant – John D. Fuller, P.E. for Yeshiva Ohr Shraga Veretzky |
| Address: | 211 Mail Road |
| SBL: | 15-1-70.1 and 70.32 |
| Zone: | Agricultural – Residential – R2 |
| Request: | Special Use Permit – Change of Use |

Project:  Hotel site with four (4) 5,800 square feet dormitories, one 800 square foot Mikvah, a 10,150 square foot multi-purpose building and additional use as a place of worship.

Material Reviewed:
      Site Plan – John Fuller, P.E. 8/14/23 and memo for response
      Application
      EAF and Narrative
      Laberge Group memorandum
      Memorandum of Law regarding case law for New York Law and (RLUIPA) Federal Religious Land Use and Institutionalized Persons Act of 2000

COMMENTS - SEAF:

1.  Resolution intent to be lead agency to be sent out.  Applicant included list of involved and interested parties.

COMMENTS – ZONING FOR BOND INFORMATION:

1.  Under Chapter 190, Schedule 2, District Schedule of Use Regulations R2 District:
    a.  Hotel/Motel is listed as Special Use Permit and is required.
    b.  Multi-Purpose building is not specifically listed in R2 but is part of Hotel/Motel and part of Special Use Permit (SUP).
    c.  Place of Worship is listed in R2 and require a Special Use Permit from the Planning Board.  This would also include the Mikvah, Religious Retreat, and religious education.

233 East Main Street
Middletown, NY 10940
(845)344-5863


**FUSCO**
ENGINEERING &
LAND SURVEYING...

2. The above shows that this project can be considered by the Planning Board as a combination of Special Use Permits; mainly due to the Place of Worship designation and the New York State and Federal RLUIPA 2000 legislature. The Planning Board must determine carefully if the Place of Worship and religious education are the basis of the application.

We will, of course, make sure that the design and workmanship meets the requirements of the Town of Highland Code and the NYSBCC New York State Building Construction Codes and NYS Fire Codes.

COMMENTS – SITE PLAN REVIEW:

1. Provide percolation and deeps soils tests results for the Mikvah Septic system design and in the reserve area that serves the dormitories. The testing that has been provided is seven years old, please provide percolation and deep soil testing within the 100% reserve area.

2. The existing reserve area and the proposed sanitary system will need witnessed soil testing by the NYSDOH.

3. Provide the soil type and soil classification in the areas of the proposed septic disposal systems.

4. The Multi-Purpose building will need to have water and sewer shown and included in calculations for usage for the convenience of whomever will be using the facilities.

5. Provide a diversion swale on the upper side of the proposed sanitary systems.

6. Indicate on the Typical Shallow Trench detail the amount of fill proposed.

7. Provide a note on the proposed septic tank details that an outlet filter is required to be placed on the septic tank outlet for an Eljen System.

8. In the Percolation Test Result box provide all the percolation data that was utilized to achieve the stabilized rate.

9. Please clarify the pump and storage calculations on sheet 4. Confirm that the calculated dose volume is consistent with the manufacturer's specifications (maximum dose volume = number of modules x 4 gallons per module + force main volume).

10. Please clarify if there will be any backwash from the water treatment center.

11. Indicate on the plan the location of the Eljen Vent, location and provide a detail.

12. The force main shall terminate in the distribution box with a tee or 90° elbow facing down.

13. The grading for the proposed septic system indicates almost four feet of fill to be placed on the lower end of the system, for this to be considered a shallow trench system the amount of fill cannot to exceed 25".

14. NYSDOH approval is required for water and sanitary systems.

15. NYSDEC SPEDES permit is required for sanitary systems.

16. Plans provided to the local fire department, awaiting comments.

17. The Highway Superintendent should review the proposed driveway location prior to approval, the driveway will need to be staked.

18. Escrow account required for inspections of public improvements.

233 East Main Street
Middletown, NY 10940
(845)344-5863



**FUSCO**
ENGINEERING &
LAND SURVEYING d.p.c.

19. Stormwater Pollution Prevention Plan (SWPPP) is required.

20. Is there currently or a plan to use a loudspeaker system?

21. The lighting plan appears not to provide lighting across the entire parking lot and sidewalk areas, please revise.

22. Indicate the speed limit on Mail Road.

23. The proposed inverts of the culvert at the entrance to the new driveway have been excluded from S-11 please provide a larger window of this area.

24. The National Wetland Inventory mapping service usually indicates existing ponds and streams, we would ask that a wetland specialist walk the area of disturbance and provide the board with a letter stating that there are no Army Corp Wetlands located within the area of disturbance.

25. Fix name of Mail Road on sheet S-1.

26. Board comments.

Action:
Pleasure of the Board.

Please advise if you have any questions.

Very truly yours,

Alfred A. Fusco, Jr., P.E.
Fusco Engineering &
Land Surveying, D.P.C.

Cc:    Town Clerk
       Building Department
       Michael Davidoff
       John Fuller, P.E.
       Alfred A. Fusco, Jr., P.E.
       BJ Gettel

Town of Highland Planning Board
Meeting Minutes October 25, 2023

Chairman calls the meeting to order at 6:00 PM regarding all Public Hearing Applications, and all new Short Term Rental Applications.

Chairman states the minutes are being recorded
Let the record show that Laura Burrell will be sitting in for Steve Bott

## Application # 23-2023 Michael Tkachuk Short Term Rental Public Hearing Tabled from 092723

Motion to open the tabled public hearing on Application #23-2023:
Motion: Jeff Spitz          Second: Tim McKenna     All in favor
Mr. Tkachuk was not present and has not responded to the emails and phone calls in regards to his application. Mr. Tkachuk has also not completed his fire inspection. The board will close the public hearing and the secretary will reach out to Mr. Tkachuk in regards to continuing with the application, which will also result in starting the process from the beginning.
Motion to close the public hearing on application #23-2023:
Motion: Jeff Spitz          Second: Tim McKenna     All in favor

## Application #35-2023 Nina Disi Short Term Rental Residential Application: Public Hearing

Ms. Disi owns a home at 57 Washington Lake Rd.
Motion to open the public hearing on application #35-2023:
Motion: Tim McKenna      Second: Laura Burrell      All in favor
Secretary reads the public notice posted in the local newspapers.
There were (22) letters mailed to the surrounding neighbors and (18) returned.
Correspondence:   None
Public Comment:   None
Board Comment:    None
Motion to close the public hearing on application #35-2023:
Motion: Tim McKenna      Second: Jeff Spitz   All in favor
Motion to make the Town of Highland Planning Board lead agency for SEQR:
Motion: Tim McKenna      Second: JT Vogt     All in favor
SEQR Part (2) read by Michael Davidoff and completed by the board.
Motion for SEQR Part (2) will not result in any significant adverse environmental impacts:
Motion: Laura Burrell      Second: Tim McKenna      All in favor
Motion to approve application #35-2023:
Motion: Jeff Spitz          Second: Tim McKenna      All in favor

Case 7:24-cv-08477-CS     Document 12-8     Filed 03/31/25     Page 2 of 5

**Application #7-2023 211 Mail Road Site Plan Review/Special Use Permit**
In attendance for the applicant is John Fuller (Engineer)
The new plans presented to the board show the following changes:

 The removal of (4) dormitories @ 5200 square feet each and replaced by (2)
 6800 square foot dormitories that will house 144 beds.
 The septic to be moved to the lower end of the property.

Todd Maurrrzzio of Fusco Engineering representing the Planning Board presents their report, and is read into record by the chairman. (Please see attached)
Jeff Spitz gets clarification that the applicant is looking to change the existing special use of Hotel/Motel/Restaurant to a religious place of worship.
The board requires time to look at the new plans and states that the next steps would be that the applicant supply current perk tests that will need to be witnessed by Fusco Engineering, and that a traffic analysis be done and based on the busy season.
The applicant will be added to the November 29, 2023 Agenda for further discussion.


Motion to close the meeting:
Motion: Jeff Spitz  Second: Tim McKenna  Meeting adjourned



# FUSCO

**ENGINEERING &**
**LAND SURVEYING, D.P.C.**

233 East Main Street          Phone: (845)344-5863
Middletown, NY 10940       Fax: (845)956-5865

*Consulting Engineers*

*Alfred A. Fusco, Jr.*          *Alfred A. Fusco, III*
*P.E. Principal*                *General Manager*

October 23, 2023

Norman Sutherland, Planning Board Chairman
Town of Highland
4 Proctor Road
Eldred, New York 12732

RE:   211 Mail Road
      Preliminary Review
      Town of Highland
      SBL 15-1-70.1 and 70.2
      Our file # HL-004

Dear Chairman Sutherland,

We have reviewed the material submitted to us by John Fuller, P.E., and are providing this review as the Town of Highland Planning Board Consultant.

| | |
|---|---|
| Project: | Applicant – John D. Fuller, P.E. for Yeshiva Ohr Shraga Veretzky |
| Address: | 211 Mail Road |
| SBL: | 15-1-70.1 and 70.32 |
| Zone: | Agricultural – Residential – R2 |
| Request: | Special Use Permit – Change of Use |

Project:  Hotel site with two (2) 6,800 square foot dormitories, one 1,200 square foot Mikvah, a 9,500 square foot multi-purpose building and additional use as a place of worship.  It is our understanding that the existing motel will be used for religious and educations purposes for the congregation and will not be open to the public.

Material Reviewed:
Site Plan – John Fuller, P.E. 10/13/23 and memo for response
Application
EAF and Narrative
Laberge Group memorandum
Memorandum of Law regarding case law for New York Law and (RLUIPA) Federal Religious Land Use and Institutionalized Persons Act of 2000

COMMENTS - SEAF:

1.   Applicant to include a list of involved and interested parties.  Town will mail.

COMMENTS – ZONING FOR BOND INFORMATION:

1.   Under Chapter 190, Schedule 2, District Schedule of Use Regulations R2 District:
     a.   Hotel/Motel is listed as Special Use Permit and is required.

233 East Main Street
Middletown, NY 10940
(845)344-5863



**FUSCO** ENGINEERING & LAND SURVEYING.DPC

b.  Multi-Purpose building is not specifically listed in R2 but is part of Hotel/Motel and part of Special Use Permit (SUP).
c.  Place of Worship is listed in R2 and requires a Special Use Permit from the Planning Board. This would also include the Mikvah, Religious Retreat, and religious education.

2.  The above shows that this project can be considered by the Planning Board as a combination of Special Use Permits; mainly due to the Place of Worship designation and the New York State and Federal RLUIPA 2000 legislature. The Planning Board must determine carefully if the Place of Worship and religious education are the basis of the application.

COMMENTS – SITE PLAN REVIEW:

1.  Soils testing to be witnessed by NYSDOH.

2.  Our office had asked for additional percolation and deep soils within the design area during our review dated August of 2023, this new submission now indicates the movement of the proposed septic system to a new location, however the plan still reflects percolation testing results and location performed in 2016 now relocated to the new septic system location. We would like to see updated percolation testing, one percolation test on the lower end of the dormitory septic system, and two percolation tests in the 100% reserve area. This testing shall be provided prior to going to the NYS Health Department or NYS DEC.

3.  The septic diversion swales shall be located at the toe of slope for the shallow trench system.

4.  What is the purpose of the sewer manholes, it appears that there is gravity flow to the pump chambers.

5.  Revise the typical shallow trench 3 S-11, it appears that there is more than 6" of sand below the lateral.

6.  The shallow trench detail should be revised to show that the amount of fill to be placed is 24" from the original ground.

7.  NYSDOH approval is required for water and sanitary systems.

8.  NYSDEC SPEDES permit is required for sanitary systems.

9.  Plans have been submitted by the applicants engineer to the local fire department, awaiting comments.

10. The Highway Superintendent should review the proposed driveway locations prior to approval; the driveways will need to be staked.

11. Fire truck turn-around for multi-purpose building required prior to building permits.

12. Escrow account required for inspections of public improvements.

13. Stormwater Pollution Prevention Plan (SWPPP) is required.

14. The National Wetland Inventory mapping service usually indicates existing ponds and streams, we would ask that a wetland specialist walk the area of disturbance and provide the board with a letter stating that there are no Army Corp Wetlands located within the area of disturbance.

233 East Main Street
Middletown, NY 10940
(845)344-5863



15. Building names should be revised for consistency throughout the plan for clarity, i.e., the parking calculations, site plan, sewer calculations, etc.

16. Board comments.

Action:
Pleasure of the Board.

Please advise if you have any questions.

Very truly yours,

Alfred A. Fusco, Jr., P.E.
Fusco Engineering &
Land Surveying, D.P.C.

Cc:    Town Clerk
       Building Department
       Michael Davidoff
       John Fuller, P.E.
       Alfred A. Fusco, Jr., P.E.
       BJ Gettel

# SIVE  PAGET  RIESEL

**STEVEN BARSHOV**
DIRECT DIAL: 646.378.7229
SBARSHOV@SPRLAW.COM

TO:         TOWN OF HIGHLAND PLANNING BOARD
FROM:    STEVEN BARSHOV
RE:         CATSKILL MOUNTAIN RESORT on behalf of YESHIVA OHR SHRAGA
                 VERETZKY
DATE:     NOVEMBER 17, 2023

---

### MEMORANDUM

---

In response to questions raised by the Planning Board, this Memorandum addresses the use of the Catskill Mountain Resort property (the "CMR Property") by Yeshiva Ohr Shraga Veretzky (the "Yeshiva"). As discussed initially in a Memorandum of Law dated April 27, 2023, the CMR Property will be utilized for religious purposes.

In the past, the CMR Property was operated as a year-round commercial hotel. The approvals sought from the Panning Board are for the following uses:

A.       In the summer months, the CMR Property would be utilized as a religious educational retreat for the Yeshiva. In the summer months Hasidic young adults, children, and families will come to the Site to study Torah, communicate and study with their Rabbi, deepen their religious faith, and connect on a religious level with others of their religious community.

B.       In the non-summer months, the CMR Property would be utilized as a religious retreat for groups of different sizes who desire to utilize the Property for religious purposes. The CMR Property would not be open to the general public as a commercial hotel and the general public would not be able to make reservations or book accommodations to stay at the CMR Property as they would with any commercial hotel. Those coming to the utilize the CMR Property would be doing so for religious purposes through a group that would be using all or a portion of the CMR Property for such a religious purpose.

The following is a list of the elements of the CMR Property and how they would be utilized:

A.  <u>Main House – Existing Facility</u>
1. Lobby and Lounge:  space to welcome attendees; informal gathering area
2. Bars:  Would be converted for use as a coffee station, snack station, and a place for candle lighting ceremonies
3. Big Ballroom:  Would be used for gatherings of larger groups using the CMR Property
4. Kitchen:  Would be used for ballroom meals and would be either for meat or dairy, in accordance with Jewish Kosher rules
5. Side Room:  Would be used as a conference room, and for workshops and study sessions
6. Second Floor & Third Floor: sleeping accommodations

---

SIVE, PAGET & RIESEL P.C.  560 LEXINGTON AVENUE  NEW YORK, NY 10022  212.421.2150  WWW.SPRLAW.COM

B. <u>Zacs Lounge – Existing Facility</u>
    1. Kitchen: would continue to be used for food preparation and set up to be kosher
    2. Game Room:  same function for children who are on-site
    3. Offices:  same function
    4. Lobby area:  informal gathering space
    5. Dance floor:  would be used for religious gatherings and celebrations, sometimes with table and chairs, sometimes without.
    6. Bars:  Would be converted for use as a coffee station, snack station, and a place for candle lighting ceremonies

C. <u>Cabins / Motel – Existing Facilities</u>:  Use as guest sleeping quarters

D. <u>Gym Building – Existing Facility</u>:  Recreational Area; equipment and other storage
Storage

E. <u>Multipurpose Building – New Facility</u>
    1.  Shul (place of worship)
    2.  Mikva (ceremonial bath)
    3.  Classrooms (four)
    4.. Offices
    5.  Dining room for religious students
    6.  Kitchen for student dining room

F. <u>Dormitories – New Facility</u>:  Sleeping for students

All of the foregoing facilities, both existing and new, would be utilized for the religious uses described above.  During the non-summer months, groups of different sizes would come to the CMR Property for religious programs, to gather for religious holidays, etc.  Those participating would sleep at accommodations on-site.  In the summer months, the CMR Property would be used as a religious educational retreat for students.  Groups of students may also come to the CMR Property at other times of the year for weekends or for holiday observances.  The CMR Property would not be operated as a commercial hotel.

During the summer months, students would arrive by bus and remain on-site for the remainder of the summer.  Staff would also reside on-site for the summer.  So, there would be less traffic than associated with the prior hotel/restaurant commercial use in which people came and went by car regularly.

Similarly, during the non-summer months, groups would arrive by bus and car, and would stay on-site for a period of time, then depart.  Again, there would not be multiple trips of people coming and going, as groups using the CMR Property would largely remain on-site.

2

Case 7:24-cv-08477-CS    Document 12-10    Filed 03/31/25    Page 1 of 2

# John D. Fuller, P. E., P.C.
## CIVIL & STRUCTURAL ENGINEERING

November 17, 2023

Mr. Norman Sutherland, Chairman
Town of Highland Planning Board
4 Proctor Rd.
PO Box 397
Eldred, NY 12732
planningboardzba@townofhighlandny.com

**RE:    211 Mail Road**
**Section 15 Block 1 Lots 70.1 & 70.2**
**Town of Highland, Sullivan County, NY**

Dear Mr. Sutherland:

Enclosed is a revised Site Plan for the above referenced property. The revisions are based on the technical comments from Fusco Engineering & Land Surveying, D.P.C. dated October 23, 2023. Please see below for my responses:

COMMENTS – SEAF:
1. A list of involved and interested parties was provided in August – please see attached.

COMMENTS – ZONING:
1. The proposed use has been revised to be a Place of Worship. A narrative has been prepared by the project attorney to clarify how the existing and proposed buildings will be utilized in related to the proposed use; please see attached.

COMMENTS – SITE PLAN REVIEW:
1. Joint soil testing with the Department of Health will be scheduled after the plans are submitted to their office for review. The plans shall be submitted to their office once the Planning Board is satisfied with the preliminary layout of the site.

2. Percolation and deep test pits were performed under witness by a representative from Fusco Engineering for the Town of Highland; the results are provided on the plan; please see S-11.

3. A total of three percolation tests and tow deep test pits were performed for each proposed system; please see S-11.

4. The septic diversion swales are located at the toe of the shallow trench system slopes; please see S-10.

---

4 South Street, Port Jervis, NY 12771
Tel:  (845) 856-1536          Fax: (845) 858-2419          Email:  johndfullerpe@gmail.com

John D. Fuller, P. E., P.C.
Page 2 of 2

5. The sewer manholes have been eliminated and cleanouts are provided as necessary; please see S-10.

6. The Typical Shallow Trench detail has been revised to show 6" of sand below the lateral; please see S-12.

7. The Typical Shallow Trench detail has been revised to show that the amount of fill to be placed is 24" from the original ground; please see S-12.

8. The commercial kitchen will be serving the dining hall in the multi-purpose building which will have seating for 140 people.  This is shown in the calculations provided on S-11.

9. The water and sanitary systems shall be submitted to the Department of Health for review and approval.

10. A SPDES permit application shall be submitted to the NYSDEC.

11. Revised plans shall be submitted to the fire department for review.

12. Revised plans shall be submitted to the Highway Superintendent for review of the proposed driveway location.

13. The fire truck turn-around for shall be constructed prior to the issuance of a building permit.

14. An escrow account shall be established for inspections of public improvements prior to the issuance of a building permit.

15. A Stormwater Pollution Prevision Plan shall be submitted to the Engineer under separate cover.

16. A wetlands specialist has provided a delineation of the area of disturbance and the results are provided on the plans.

17. Building names have been reviewed and revised for consistency throughout the plan.

Please see the attached plan for details and contact my office if you have any questions.

Thank you,

John D. Fuller, P.E.



REFERENCE: SULLIVAN COUNTY GIS (GEOGRAPHICAL INFORMATION SYSTEMS)

VICINITY MAP — 1 / T-1
SCALE: 1" = 1000'

REFERENCE: GOOGLE MAPS

AERIAL MAP — 2 / T-1
SCALE: 1" = N.T.S.

# SITE PLAN FOR
# YESHIVA OHR SHRAGA VERETZKY
# 211 MAIL ROAD
## SECTION 15 BLOCK 1 LOTS 70.1 & 70.2
## TOWN OF HIGHLAND, NY

**DRAWING LIST**

| | |
|---|---|
| T-1 | TITLE SHEET |
| S-1 | EXISTING CONDITIONS |
| S-2 | OVERALL SITE PLAN |
| S-3 | SITE DETAIL PLAN 1 |
| S-4 | SITE DETAIL PLAN 2 |
| S-5 | SITE DETAILS |
| S-6 | GRADING & STORMWATER MANAGEMENT PLAN 1 |
| S-7 | GRADING & STORMWATER MANAGEMENT PLAN 2 |
| S-8 | STORMWATER MANAGEMENT DETAILS |
| S-9 | WATER SYSTEM PLAN |
| S-10 | SEWER SYSTEM PLAN |
| S-11 | SEWER SYSTEM CHARTS |
| S-12 | SEWER SYSTEM DETAILS 1 |
| S-13 | SEWER SYSTEM DETAILS 2 |
| S-14 | WATER SYSTEM DETAILS |
| S-15 | EROSION & SEDIMENTATION CONTROL PLAN |
| S-16 | EROSION & SEDIMENTATION CONTROL PLAN DETAILS |
| S-17 | LIGHTING PLAN |

*TOWN OF HIGHLAND*
*PLANNING BOARD APPROVAL*

**PROJECT INFORMATION**

| | |
|---|---|
| OWNER OF RECORD | 211 MAIL ROAD, LLC. |
| ZONING | R-2 (RESIDENTIAL AGRICULTURAL DISTRICT) |
| TAX ID | SECTION 15 |
| | BLOCK 01 |
| | LOTS 70.1 & 70.2 |
| TOTAL LOT AREA | 40.23± ACRES |
| SECTION 15 BLOCK 01 LOT 70.1 | 33.71± ACRES |
| SECTION 15 BLOCK 01 LOT 70.2 | 6.52± ACRES |

THIS PLAN CONTAINS 18 SHEETS. THIS SHEET SHALL NOT BE CONSIDERED VALID UNLESS ACCOMPANIED BY THE REMAINING SHEETS.

UNAUTHORIZED ALTERATION OR ADDITIONS TO A PLAN BEARING THE SEAL OF A LICENSED ENGINEER OR LAND SURVEYOR IS A VIOLATION OF SECTION 7209 SUBDIVISION 2 OF THE NEW YORK STATE EDUCATION LAW.

COPIES OF THIS DOCUMENT WITHOUT A FACSIMILE OF THE SIGNATURE AND AN ORIGINAL EMBOSSED SEAL OR ORIGINAL STAMP OF THE PROFESSIONAL ENGINEER OR LAND SURVEYOR SHALL NOT BE CONSIDERED VALID COPIES.

**REVISIONS**

| DWN BY | REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|
| DO | 0 | FOR APPROVAL | 05/10/2023 | |
| DO | 1 | REVISED PER TOWN COMMENT | 08/14/2023 | |
| DO | 2 | REVISED PER TOWN COMMENT | 10/13/2023 | |
| DO | 3 | REVISED PER TOWN COMMENT | 11/17/2023 | |

**JOHN D. FULLER, P.E., P.C.**
4 SOUTH STREET
PORT JERVIS, NY 12771
(845) 856-1536

SITE PLAN FOR
YESHIVA OHR SHRAGA VERETZKY
211 MAIL ROAD
SECTION 15 BLOCK 1 LOTS 70.1 AND 70.2
TOWN OF HIGHLAND, NEW YORK

JOHN D. FULLER
REG. NO. 077703

| DWG TITLE | TITLE SHEET | DWG NO. T-1 |
|---|---|---|
| SCALE | AS NOTED | JOB NO. 2111.003 |

Case: 26-638, 05/05/2026, DktEntry: 24.2, Page 21 of 54

[JA-121]













Case 7:24-cv-08477-CS    Document 12-11    Filed 03/31/25    Page 7 of 18













Case: 26-638, 05/05/2026, DktEntry: 24.2, Page 33 of 54 [JA-133]

Case: 26-638, 05/05/2026, DktEntry: 24.2, Page 34 of 54 [JA-134]



**TYPICAL CLEANOUT DETAIL** 1
SCALE: N.T.S.    S-13

**SEWER LATERAL VENT DETAIL** 2
SCALE: N.T.S.    S-13

**TYPICAL SEWER LINE INSTALLATION / RESTORATION DETAIL** 3
SCALE: N.T.S.    SEE CHART    S-13

SEWER MAIN INSTALLATION / RESTORATION DETAIL CHART

| | | A | BELOW EXISTING PAVEMENT | B | OUTSIDE OF PROPOSED OR EXISTING PAVEMENT OR HARD SURFACE |
|---|---|---|---|---|---|
| 1 | | | 1½" ASPHALT CONCRETE TYPE 6F TOP COURSE* | | |
| 2 | | | 2" ASPHALT CONCRETE TYPE 3 BINDER COURSE* | | |
| 3 | | | 3" ASPHALT CONCRETE TYPE 1A BASE COURSE* | | 4" TOPSOIL, SEED AND MULCH |
| 4 | | | EXISTING PAVEMENT | | FINISHED GRADE |
| 5 | | | NYSDOT ITEM 4 IN 9" MAX. LIFTS & COMPACTED TO 95% MODIFIED PROCTOR | | RUN-OF-TRENCH BACKFILL (IF SUITABLE) COMPACTED IN MAX. 9" LIFTS |

*OR MATCH EXISTING WHICHEVER IS GREATER

THIS PLAN CONTAINS 18 SHEETS. THIS SHEET SHALL NOT BE CONSIDERED VALID UNLESS ACCOMPANIED BY THE REMAINING SHEETS.

UNAUTHORIZED ALTERATION OR ADDITIONS TO A PLAN BEARING THE SEAL OF A LICENSED ENGINEER OR LAND SURVEYOR IS A VIOLATION OF SECTION 7209 SUBDIVISION 2 OF THE NEW YORK STATE EDUCATION LAW.

COPIES OF THIS DOCUMENT WITHOUT A FACSIMILE OF THE SIGNATURE AND AN ORIGINAL EMBOSSED SEAL OR ORIGINAL STAMP OF THE PROFESSIONAL ENGINEER OR LAND SURVEYOR SHALL NOT BE CONSIDERED VALID COPIES.

TOWN OF HIGHLAND
PLANNING BOARD APPROVAL

| DWN BY | REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|
| DO | 0 | FOR APPROVAL | 05/10/2023 | |
| DO | 1 | REVISED PER TOWN COMMENT | 08/14/2023 | |
| DO | 2 | REVISED PER TOWN COMMENT | 10/13/2023 | |
| DO | 3 | REVISED PER TOWN COMMENT | 11/17/2023 | |

REVISIONS

**JOHN D. FULLER, P.E., P.C.**    4 SOUTH STREET
PORT JERVIS, NY 12771
(845) 856-1536

SITE PLAN FOR
YESHIVA OHR SHRAGA VERETZKY
211 MAIL ROAD
SECTION 15 BLOCK 1 LOTS 70.1 AND 70.2
TOWN OF HIGHLAND, NEW YORK

JOHN D. FULLER
REG. NO. 077703

DWG. TITLE
SEWER SYSTEM DETAILS 2

DWG NO.
S-13

SCALE    AS NOTED    JOB NO.    2111.003



Case 7:24-cv-00477-CS    Document 12-11    Filed 03/31/25    Page 16 of 18



EROSION & SEDIMENTATION CONTROL PLAN

Case: 26-638, 05/05/2026, DktEntry: 24.2, Page 37 of 54 [JA-137]

## EROSION & SEDIMENT CONTROL NOTES

1. ALL SEDIMENT AND EROSION CONTROL MEASURES SHALL BE DONE IN ACCORDANCE WITH ANY AND ALL FEDERAL, STATE, AND LOCAL REGULATIONS.

2. THOSE AREAS UNDERGOING ACTUAL CONSTRUCTION WILL BE LEFT IN AN UNTREATED OR UNVEGETATED CONDITION FOR A MINIMUM TIME. AREAS SHALL BE PERMANENTLY STABILIZED WITHIN 15 DAYS OF FINAL GRADING AND TEMPORARY STABILIZED WITHIN 30 DAYS OF INITIAL DISTURBANCE OF THE SOIL IF THE DISTURBANCE IS WITHIN 100 FEET OF A STREAM OR POND. THE AREA SHALL BE STABILIZED WITHIN 7 DAYS OR PRIOR TO ANY STORM EVENT (THIS WOULD INCLUDE WETLANDS).

3. SEDIMENT BARRIERS (SILT FENCE, HAY BARRIERS, ETC.) SHOULD BE INSTALLED PRIOR TO ANY SOIL DISTURBANCE OF THE CONTRIBUTING DRAINAGE AREA ABOVE THEM. MULCH NETTING SHALL BE USED TO ANCHOR MULCH IN ALL AREAS WITH SLOPES GREATER THAN 15% AFTER OCTOBER 1ST THE SAME APPLIES FOR ALL SLOPES GREATER THAN 8%.

4. INSTALL SILT FENCE AT TOE OF SLOPE TO FILTER SILT FROM RUNOFF. SEE SILT FENCE DETAIL FOR PROPER INSTALLATION. SILT FENCE WILL REMAIN IN PLACE PER NOTE #5.

5. ALL EROSION CONTROL STRUCTURES WILL BE INSPECTED, REPLACED AND/OR REPAIRED EVERY 7 DAYS AND IMMEDIATELY FOLLOWING ANY SIGNIFICANT RAINFALL OR SNOW MELT OR WHEN NO LONGER SERVICEABLE DUE TO SEDIMENT ACCUMULATION OR DECOMPOSURE. SEDIMENT DEPOSITS SHOULD BE REMOVED AFTER EACH STORM EVENT. THEY MUST BE REMOVED WHEN DEPOSITS REACH APPROXIMATELY ONE HALF THE HEIGHT OF THE BARRIER. SEDIMENT CONTROL DEVICES SHALL REMAIN IN PLACE AND BE MAINTAINED BY THE CONTRACTOR UNTIL AREAS UPSLOPE ARE STABILIZED BY TURF.

6. NO SLOPES, EITHER PERMANENT OR TEMPORARY, SHALL BE STEEPER THAN TWO TO ONE (2 TO 1).

7. IF FINAL SEEDING OF THE DISTURBED AREAS IS NOT COMPLETED 45 DAYS PRIOR TO THE FIRST KILLING FROST USE TEMPORARY MULCH (DORMANT SEEDING MAY BE ATTEMPTED AS WELL) TO PROTECT THE SITE AND DELAY SEEDING UNTIL THE NEXT RECOMMENDED SEEDING PERIOD.

8. THE TEMPORARY SEEDING OF DISTURBED AREAS THAT HAVE NOT BEEN FINAL GRADED SHALL BE COMPLETED 45 DAYS PRIOR TO THE FIRST KILLING FROST TO PROTECT FROM SPRING RUNOFF PROBLEMS.

9. DURING THE CONSTRUCTION PHASE, INTERCEPTED SEDIMENT WILL BE RETURNED TO SITE AND REGRADED ONTO OPEN AREAS.

10. ALL TEMPORARY EROSION CONTROL MEASURES SHALL BE REMOVED ONCE THE SITE IS STABILIZED.



### STOCKPILE DETAIL
SCALE: N.T.S.   1   S-16

FILL STOCKPILE

18" SILT FENCE SURROUND SEE DETAIL THIS SHEET

NOTE:
STOCKPILE HEIGHTS MUST NOT EXCEED 35 FEET.
STOCKPILE SLOPES MUST BE 2:1 OR FLATTER.

### CONSTRUCTION ENTRANCE
SCALE: N.T.S.   3   S-16

1. STONE SIZE = USE 2" STONE, OR RECLAIMED OR RECYCLED CONCRETE EQUIVALENT.

2. LENGTH = NOT LESS THAN FIFTY (50) FEET (EXCEPT ON A SINGLE RESIDENCE LOT WHERE A 30 FOOT MINIMUM LENGTH WOULD APPLY).

3. THICKNESS = NOT LESS THAN SIX (6) INCHES.

4. WIDTH = TWELVE (12) FOOT MINIMUM, BUT NOT LESS THAN THE FULL WIDTH AT POINTS WHERE INGRESS OR EGRESS OCCUR. TWENTY-FOUR (24) FEET IF SINGLE ENTRANCE TO SITE.

5. FILTER CLOTH - WILL BE PLACED OVER THE ENTIRE AREA PRIOR TO PLACING OF STONE.

6. SURFACE WATER - ALL SURFACE WATER FLOWING OR DIVERTED TOWARD CONSTRUCTION ENTRANCES SHALL BE PIPED ACROSS THE ENTRANCE. IF PIPING IS IMPRACTICAL, A MOUNTABLE BERM WITH 5:1 SLOPES WILL BE PERMITTED.

7. MAINTENANCE - THE ENTRANCE SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOWING OF SEDIMENT ONTO PUBLIC RIGHTS-OF-WAY. ALL SEDIMENT SPILLED, DROPPED, WASHED OR TRACKED ONTO PUBLIC RIGHTS-OF-WAY MUST BE REMOVED IMMEDIATELY.

8. WHEN WASHING IS REQUIRED, IT SHALL BE DONE ON AN AREA STABILIZED WITH STONE AND WHICH DRAINS INTO AN APPROVED SEDIMENT TRAPPING DEVICE.

9. PERIODIC INSPECTION AND NEEDED MAINTENANCE SHALL BE PROVIDED AFTER EACH RAIN.

### CONSTRUCTION SPECIFICATIONS

1. WOVEN WIRE FENCE TO BE FASTENED SECURELY TO FENCE POSTS WITH WIRE TIES OR STAPLES. POSTS SHALL BE STEEL EITHER "T" OR "U" TYPE OR HARDWOOD.

2. FILTER CLOTH TO BE TO BE FASTENED SECURELY TO WOVEN WIRE FENCE WITH TIES SPACED EVERY 24" AT TOP AND MID SECTION. FENCE SHALL BE WOVEN WIRE, 12 1/2 GAUGE, 6" MAXIMUM MESH OPENING.

3. WHEN TWO SECTIONS OF FILTER CLOTH ADJOIN EACH OTHER THEY SHALL BE OVER-LAPPED BY SIX INCHES AND FOLDED. FILTER CLOTH SHALL BE EITHER FILTER X, MIRAFI 100X, STABILINKA T140N, OR APPROVED EQUIVALENT.

4. PREFABRICATED UNITS SHALL BE GEOFAB, ENVIROFENCE, OR APPROVED EQUIVALENT.

5. MAINTENANCE SHALL BE PERFORMED AS NEEDED AND MATERIAL REMOVED WHEN "BULGES" DEVELOP IN THE SILT FENCE.

### SILT FENCE DETAIL
SCALE: NTS   2   S-16

PERSPECTIVE VIEW

SECTION VIEW

TOWN OF HIGHLAND PLANNING BOARD APPROVAL

THIS PLAN CONTAINS 18 SHEETS. THIS SHEET SHALL NOT BE CONSIDERED VALID UNLESS ACCOMPANIED BY THE REMAINING SHEETS.

| DWN BY | REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|
| DO | 0 | FOR APPROVAL | 05/10/2023 | |
| DO | 1 | REVISED PER TOWN COMMENT | 08/14/2023 | |
| DO | 2 | REVISED PER TOWN COMMENT | 10/13/2023 | |
| DO | 3 | REVISED PER TOWN COMMENT | 11/17/2023 | |

REVISIONS

UNAUTHORIZED ALTERATION OR ADDITIONS TO A PLAN BEARING THE SEAL OF A LICENSED ENGINEER OR LAND SURVEYOR IS A VIOLATION OF SECTION 7209 SUBDIVISION 2 OF THE NEW YORK STATE EDUCATION LAW.

COPIES OF THIS DOCUMENT WITHOUT A FACSIMILE OF THE SIGNATURE AND AN ORIGINAL EMBOSSED SEAL OR ORIGINAL STAMP OF THE PROFESSIONAL ENGINEER OR LAND SURVEYOR SHALL NOT BE CONSIDERED VALID COPIES.

**JOHN D. FULLER, P.E., P.C.**
4 SOUTH STREET
PORT JERVIS, NY 12771
(845) 856-1536

JOHN D. FULLER
REG. NO. 077703

SITE PLAN FOR
YESHIVA OHR SHRAGA VERETZKY
211 MAIL ROAD
SECTION 15 BLOCK 1 LOTS 70.1 AND 70.2
TOWN OF HIGHLAND, NEW YORK

DWG TITLE
EROSION & SEDIMENTATION
CONTROL PLAN DETAILS

DWG. NO. S-16

SCALE: AS NOTED   JOB NO. 2111.003



Town of Highland Planning Board
Meeting Minutes November 29, 2023

Chairman opens the meeting at 6PM
Pledge to the Flag
Chairman states the minutes are being recorded
Secretary takes attendance.

| Attendance: | Norm Sutherland | Present |
| | JT Vogt (co-chairman) | Present |
| | Jeffrey Spitz | Present |
| | Steve Bott | Present |
| | Tim McKenna | Absent |
| | Laura Burrell (alternate) | Sitting in for Tim McKenna |
| Board Secretary | Monica McGill | Present |
| Town Attorney | Michael Davidoff | Present |
| Code Enforcement | BJ Gettel | Present |

Motion to approve the October 25, 2023 meeting minutes:
Motion: JT Vogt          Second: Steve Bott          All in favor

Correspondence: The UDC (Upper Delaware Council) States the following in regards to Short Term Rental Applications.

The issue has been discussed with this with the Project Review committee, and after looking over the Short- Term Rental applications for the last year or so, I don't think it's necessary after all for us to have to take a look at everyone. So, far they've all been using an existing single- family home for short term rentals. If it's new construction specifically for the purpose of a STR, or something with several units on the same property, or if they're making changes to the property (doing some grading, or adding impervious cover) in order to accommodate the STR, then those we would definitely want to take a look at – but just using an existing home is not enough to trigger a formal Project Review, so you don't have to worry about including us going forward. But thank you for thinking of us in the first place and making sure we were included as a part of the process. it is much appreciated!

Kerry Engelhardt, P.E.   **Resources & Land Use Specialist**

## **Application #36-2023 Micah Burgess Short Term Rental Residential Application:**

Mr. Burgess owns a home at 120 Eldred Yulan Road. The home is two bedrooms and one bath.

Motion to open the public hearing on Application #36-2023:
Motion: Jeff Spitz          Second: Laura Burrell          All in favor
Secretary reads the public notice posted in the local newspapers.
There were (15) letters mailed to the surrounding neighbors and (10) returned

The applicant was then sent a violation order to remedy, and responded to the code office where he was informed that he will need to attend tonight's meeting and schedule a new public hearing. Once Mr. Tkachuk completes the entire process the violation will then be lifted.

Mr. Tkachuk has not completed his fire inspection to date.

Motion to schedule a public hearing on application #23-2023 to be held December 20, 2023 at 6PM:

Motion: Laura Burrell          Second: Jeff Spitz        All in favor


### Application #5-2022 Camp Fimfo-Catskill Site Plan Review

Attending on behalf of the applicant is Alex Betke.

At the October 25, 2025 Planning Board Meeting a resolution was read into record regarding Part (3) SEQR by Michael Davidoff stating that Camp Fimfo will submit a draft scoping document for the Environmental Impact Statement to be open for public comment starting November 3, 2023 and ending November 23, 2023. This document was also to be published in the local newspapers and posted on the town's website. The document was also sent to Ken Ellsworth of Keystone Assoc., town's engineer for review.

All documents and public comment are entered into record at this meeting and the secretary will post all documents and public comment on the town's website.

The board received a response from Ken Ellsworth (Keystone Associates)

Camp Fimfo was presented with a copy of the report from Mr. Ellsworth for review and will prepare a final draft scoping document to presented at the December 20, 2023 meeting.


### Application #7-2023 211 Mail Road Site Plan Review/Special Use Permit

In attendance for the applicant is John Fuller (Engineer) and Steven Barshov, Counsel for the applicant.

The new plans submitted at tonight's meeting addressed some of the issues of the board and the public.

Perk testing has been completed with a representative from Fusco Engineering present.

There has been no response from Fusco Engineering to the new plans submitted, therefore the board will need to reschedule the applicant for December 20, 2023.

Mr. Barshov asks the board for permission to deal directly with Fusco Engineering in the hope to schedule a public hearing at the December meeting. The board has no objection.

**Other Business:**

Case 7:24-cv-08477-CS    Document 12-13    Filed 03/31/25    Page 1 of 6

Town of Highland Planning Board
Meeting Minutes December 20, 2023

Chairman opens the meeting at 6PM
Pledge to the Flag
Chairman states the minutes are being recorded
Secretary takes Attendance.

| Attendance: | Norm Sutherland (Chairman) | Present |
| | JT Vogt (Co-Chair) | Present |
| | Jeffrey Spitz | Present |
| | Steve Bott | Present |
| | Tim McKenna | Absent |
| | Laura Burrell (alternate) | Present (sat in for Tim McKenna) |
| Board Secretary: | Monica McGill | Present |
| Town Attorney: | Michael Davidoff | Absent |
| Code Enforcement: | BJ Gettel | Absent |

Motion to approve the November 29, 2023 meeting minutes:
Motion: Jeff Spitz          Second: Steve Bott          All in favor

Correspondence: Letter received from James Stamant in regards to Micah Burgess Short Term Rental Application requesting that his letter be entered into record.
The board thanks Laura Burrell for her service and wishes her great success in her new position as council woman that begins in January 2024.
The town attorney Michael Davidoff has also retired, and the board will not move forward on any applications that have a challenging narrative until a new attorney has been appointed.

**Application #40-2023 Lauren Espeseth & Stevan Phan Short Term Rental Public Hearing:**
Motion to open the public hearing on application #40-2023:
Motion: JT Vogt          Second: Laura Burrell          All in favor
Secretary reads the public notice posted in the local newspapers.
There were (9) letters mailed to the surrounding neighbors and (7) returned.
Correspondence: none
Public Comment: none
Board Comment: none
Motion to close the public hearing on application #40-2023:
Motion: Laura Burrell          Second: Steve Bott          All in favor
Motion to make the Town of Highland Lead Agency for SEQR (Part 2):
Motion: JT Vogt          Second: Laura Burrell          All in favor
SEQR (Part 2) read by Jeff Spitz and completed by the board.
Motion for SEQR (Part 2) will not result in any significant adverse environmental impacts:

Motion to schedule a public hearing on application #48-2023 to be held on January 24, 2024 @ 6PM:

Motion: JT Vogt                    Second: Jeff Spitz                    All in favor

Fire inspection has not been completed and will need to be done prior to the public hearing.

### Application #43-2023 Robert & Beatrice Nelson – Lot Line Improvement

Mr. & Mrs. Nelson own (2) parcels Tax ID #'s 29.-1-9.5 and 19.-1-9.3 located at 10 Tow Path Road in Barryville that they would like to combine to create one single parcel.

Motion to approve Application #43-2023:

Motion: Steve Bott                    Second: JT Vogt                    All in favor

The applicant will need to obtain a milar map  from the county and have it signed by the chairman. They will need to supply three copies to the secretary.

### Application # 49-2023 Ben Goldman – Lot Line Improvement

Mr. Dave Furman attending on behalf of the applicant. Mr. Furman is a representative of Albert Group Pools. Mr. Goldman owns (2) parcels Tax ID #'s 15.-1-113.6 and 15.-1-113.7 located at 39 Martin Drive Yulan that they would like to combine to create one single parcel, so that they can place a residential inground pool on the property.

Motion to approve Application #49-2023:

Motion: Laura Burrell                    Second: JT Vogt                    All in favor

The applicant will need to obtain a milar map  from the county and have it signed by the chairman. They will need to supply three copies to the secretary.

### Application #5-2022 Camp Fimfo – Catskill (Kittatiny) – Site Plan Review

Attending on behalf of Camp Fimfo:

Daniel Rubin & Alex Betkney Attorneys & Caren LoBrutto Engineer

The applicant submitted a final draft scoping document, and Jeff Spitz was concerned that the language of the document and Keystones report were unclear.

The resolution along with the final scoping report and report from Keystone and the UDC will be posted online by the secretary.

Camp Fimfo will incorporate the Keystone and UDC comments into their report.

Motion to approve the resolution with Camp Fimfo incorporating the Keystone and UDC reports into the scoping document:

Motion: Steve Bott                    Second: JT Vogt                    All in favor

The applicant will notify the environmental new bulletin, and will have 60 days to draft the next document in regards to the environmental impact statement.

The applicants will be added to the January 24, 2023 agenda.

### Application #7-2023 211 Mail Road – Site Plan Review/Special Use Permit

John Fuller Engineer for the applicant appeared on their behalf.

Al Fusco of Fusco Engineering appeared on behalf of the town.

Correspondence:

  Report from Fusco Engineering (see attached)

Traffic study from the applicant along with new plans that show minor changes.

As per the board the traffic study was not acceptable. The study was done for Schumacher Pond Road and not Mail Road.

There has been no filing by the applicant in regards to lead agency for SEQR.

Jeff Spitz and the board are confused on the intended purpose for the property due to the plans and narrative changing each time the applicant submits paperwork.

The use of the property is currently Hotel/Motel/Restaurant.

The board requests that the applicant be present at the next meeting to answer the boards questions. A full and legal traffic study will need to be done for the correct road, and the intended use will need to be more defined.

There will be no public hearing scheduled and the applicant will need to be present at the January 24, 2023 meeting to answer questions the board has.

**Application #31-2023 Michael Tkachuk Short Term Rental Public Hearing:**

Motion to open the public hearing on application #31-2023:

Motion: Jeff Spitz                   Second: JT Vogt          All in favor

Secretary reads the public notice posted in the local newspapers.

There were (16) letters mailed to the surrounding neighbors and (13) returned.

Correspondence: none

Public Comment: none

Board Comment: none

Motion to close the public hearing on application #31-2023:

Motion: JT Vogt              Second: Steve Bott        All in favor

Motion to make the Town of Highland Lead Agency for SEQR (Part 2):

Motion: Steve Bott          Second: Laura Burrell     All in favor

SEQR (Part 2) read by Jeff Spitz and completed by the board.

Motion for SEQR (Part 2) will not result in any significant adverse environmental impacts:

Motion: Jeff Spitz           Second: JT Vogt          All in favor

Motion to approve Application #31-2023 with the condition of quiet hours 10PM to 7AM:

Motion: Laura Burrell        Second: Steve Bott       All in favor

The applicant completed his fire inspection on 12/19/23.

Motion to close the meeting:

Motion: Jeff Spitz           Second: JT Vogt                 Meeting adjourned



**FUSCO**

**ENGINEERING &**
**LAND SURVEYING. D.P.C.**

■ ■ ■ ■ ■ ■ ■ ■

233 East Main Street
Middletown, NY 10940

Phone: (845)344-5863
Fax: (845)956-5865

*Consulting Engineers*

*Alfred A. Fusco, Jr.*
*P.E. Principal*

*Alfred A. Fusco, III*
*General Manager*

December 12, 2023

Norman Sutherland, Planning Board Chairman
Town of Highland
4 Proctor Road
Eldred, New York 12732

RE:  211 Mail Road
      Preliminary Review
      Town of Highland
      SBL 15-1-70.1 and 70.2
      Our file #HL-004

Dear Chairman Sutherland,

We have reviewed the material submitted to us by John Fuller, P.E., and are providing this review as the Town of Highland Planning Board Consultant.

| | |
|---|---|
| Project: | Applicant – John D. Fuller, P.E. for Yeshiva Ohr Shraga Veretzky |
| Address: | 211 Mail Road |
| SBL: | 15-1-70.1 and 70.32 |
| Zone: | Agricultural – Residential – R2 |
| Request: | Special Use Permit – Change of Use |
| Material reviewed: | Site Plan prepared by John Fuller dated 11/17/23, cover letter prepared by John Fuller dated 12/8/23, Traffic Assessment Report prepared by Stephan Maffia dated 11/29/23 |
| Project Info: | Hotel site with two (2) 6,800 square foot dormitories, one 1,200 square foot Mikvah, a 9,500 square foot multi-purpose building and additional use as a place of worship.  It is our understanding that the existing motel will be used for religious and educational purposes for the congregation and will not be open to the public. |

**_Comments - SEAF_:**

1. Applicant has prepared a list of involved and interested parties.  Town will mail to interested parties.

**_Comments – Zoning for Bond Information:_**

1. Under Chapter 190, Schedule 2, District Schedule of Use Regulations R2 District:
   a. Hotel/Motel is listed as Special Use Permit and is required.
   b. Multi-Purpose building is not specifically listed in R2 but is part of Hotel/Motel and part of Special Use Permit (SUP).
   c. Place of Worship is listed in R2 and requires a Special Use Permit from the Planning Board.  This would also include the Mikvah, Religious Retreat, and religious education.

2. The above shows that this project can be considered by the Planning Board as a combination of Special Use Permits; mainly due to the Place of Worship designation and the New York State and Federal RLUIPA 2000 legislature.  The Planning Board must determine carefully if the Place of Worship and

Case 7:24-cv-08477-CS    Document 12-13    Filed 03/31/25    Page 5 of 6

233 East Main Street
Middletown, NY 10940
(845)344-5863



religious education are the basis of the application. A narrative has been created by the project attorney clarifying how existing and proposed buildings will be used.

### Comments – Site Plan:

1. Soils testing to be witnessed by NYSDOH.

2. Our office witnessed percolation and deep soil testing on November 16, 2023 the testing indicated that the soils would support septic disposal systems.

3. Indicate the toe of the slope for the shallow trench disposal systems.

4. The plan indicates that the mikvah would only discharge 600 gallons per day, we would ask that the formula include amount of people using the mikvah daily and what is the size of the mikvah pool and how often the pool is flushed.

5. We question the need for a pump chamber on the Multi Purpose Building septic system.

6. Provide at a minimum gravel parking for vehicles at the mikvah and a paved area for the handicap parking.

7. Indicate the sewer vent on the mikvah septic disposal system.

8. Remove the sewer manhole on sheet 14.

9. The plans shall indicate handicap access to all existing and proposed buildings.

10. The lighting plan shall include all existing and proposed buildings and parking areas.

11. NYSDOH approval is required for water and sanitary systems.

12. NYSDEC SPEDES permit is required for sanitary systems.

13. Plans have been submitted by the applicants engineer to the local fire department, awaiting comments.

14. The Highway Superintendent should review the proposed driveway locations prior to approval; the driveways will need to be staked.

15. Provide sight distances on all existing driveways/roads that have access to Mail Road, due to the increase in use we feel this should be reviewed.

16. Indicate the location of roof and footing drains on the proposed buildings.

17. Provide a Stormwater Pollution Prevention Plan that demonstrates adherence to code 164-7, this should be a separate document from the site plan that is to be approved by the Planning Board.

18. Provide drainage calculations on the sizing of the stormwater infrastructure.

19. Based on NYS Stormwater Design Manual, a single rain garden should only be designed to receive runoff with a total contributing area equal to or less than 1,000 square feet, treatment of larger drainage areas should incorporate design elements of bioretention.

233 East Main Street
Middletown, NY 10940
(845)344-5863


**FUSCO**
ENGINEERING &
LAND SURVEYING DPC

20. Finalization of the SWPPP must also include SWPPP Acceptance Form for Town signature and submission of a completed eNOI. Prior to any land disturbance acknowledgement of SPDES Coverage by the NYSDEC shall be demonstrated to the Town.

21. Escrow account required for inspections of public improvements.

22. Board comments.

Action:
Pleasure of the Board.

Please advise if you have any questions.

Very truly yours,

Alfred A. Fusco, Jr., P.E.
Fusco Engineering &
Land Surveying, D.P.C.

Cc:    Town Clerk
       Building Department
       Michael Davidoff
       John Fuller, P.E.
       Alfred A. Fusco, Jr., P.E.
       BJ Gettel

### RE-ORGANIZATION MEETING
### JANUARY 2, 2024
### 7:00 PM

Start Meeting – 7:01
Flag Salute
"National Anthem" by Angie Kehley
Ceremonial Swearing in of newly elected official by Supreme Court Justice Meagan Galligan.
Introduces Javid Afzali as the interim Special Counsel for the reorganization meeting.
**RESOLUTIONS – Town Meetings**
Set Date, Time and place of Regular Board Meeting:
Date: Second Tuesday, Monthly, Agenda (work) Session: First Tuesday (as needed)
Time: 7:00 PM
Place: Eldred Town Hall
Planning Board, Fourth Wednesday, Monthly, 6:00 PM, Eldred Town Hall
ZBA, Third Thursday, (as needed) 7:00 PM, Eldred Town Hall
**Swearing in officials**
Laura Burrell and Tom Migliorino swear to uphold the Constitution of the United States and the Constitution of New York. To faithfully execute the duties of the Office of Councilmember in the Town of Highland, Sullivan County, New York.
Joe Barnes swears to faithfully execute the duties of the Office of the Superintendent of Highways in the Town of Highland, Sullivan County, New York.
**Designate respective Officers at compensation set for in the 2023 Budget:**
**(Motion and Vote by Board for Each Position)**
Social Services – Linda Anderson/June Alvarez

Motion by Councilman Akt, seconded by Councilman Migliorino, motion carried, all ayes.
Town Historian – Debra Conway
Motion by Councilperson Burrell, seconded by Councilman Migliorino, motion carried, all ayes.
ZBA Secretary – Monica McGill
Motion by Councilman Akt, seconded by Councilman Migliorino, motion carried, all ayes.
Planning Board Secretary – Monica McGill,
Motion by Councilperson Burrell, seconded by Councilman Akt, motion carried, all ayes.
Bookkeeper – Terri Robertson
Motion by Councilman Akt, seconded by Councilperson Burrell, motion carried, all ayes.
Assistance Bookkeeper, Patricia Summa for training at 5 hours.
Motion by Councilman Migliorino, seconded by Councilperson Burrell, motion carried, all ayes.
Animal Control Officer – Fawn Schneider
Motion by Councilperson Burrell, seconded by Councilman Akt, motion carried, all ayes.
Code Enforcement Officer Introduction (already in place, no vote) Debra Dalto.
Registrar of Vital Statistics – Susan Hoffman
Motion by Councilman Akt, seconded by Councilperson Burrell, motion carried, all ayes.
Sole Assessor – Lorre King
Motion by Councilman Akt, seconded by Councilman Migliorino, motion carried, all ayes.
Clerk to the Assessor – Terri Fountain

Motion by Councilman Akt, seconded by Councilperson Burrell, motion carried, all ayes. Assessor Data Collector – Joseph Mellan Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes. Court Clerk – Patricia Summa

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

Building Maintenance – Joe Meidriech and Tim Schadt

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

Deputy Supervisor – will be named at a later time.

Attorney for the Town – Candidates are being interviewed. Will announce at a later date.

**Highway Contract to Be Negotiated and Solidified with Personnel Committee ASAP (announcement only)**

Emergency Service Board Representative, Town of Highland – Anthony LaRuffa

Motion by Councilman Migliorino, seconded by Councilperson Akt, motion carried, all ayes.

Fire Advisory Board Member for The Town of Highland – Dave Preston

Motion by Councilperson Burrell, seconded by Councilman Migliorino, motion carried, all ayes.

Name Delegate and Alternate for UDC – Christine Martin as delegate and John Pizzolato as alternate.

Motion by Councilman Akt, seconded by Councilperson Burrell, motion carried, all ayes. John Pizzolato abstained.

Name Delegate and Alternate for Upper Delaware Scenic Byway – Gerard Finn as delegate and Lacey Madden as alternate.

Motion by Councilperson Burrell to name Frank Monteleone and Bernie Kozykowski as alternates to the Planning Board, seconded by Councilman Akt, motion carried, all ayes.

Motion by Councilman Akt, seconded by Councilperson Akt, motion carried, all ayes.

Set mileage at $0.67 as per Federal Rate per mile.

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

Designate Jeff Bank as Official Depository.

Motion by Councilperson Burrell, seconded by Councilman Akt, motion carried, all ayes.

Designate the Sullivan County Democrat and River Reporter as official newspaper.

Motion by Councilman Akt, seconded by Councilperson Burrell, motion carried, all ayes.

Designate Thunder Country (Bold Gold Stations), and WJFF as Official Radio Stations.

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

Designate Larry Fishman, chairman, and current zoning board of appeals board members to continue in their posts.

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

Confirm contracts with Yulan Fire Department, Highland Lake Fire Department, & Sunshine Free Library.

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

Designate Margie Granese to Sullivan County RSVP (Retired and Senior Volunteer Program).

Motion by Councilman Migliorino, seconded by Councilman Akt, motion carried, all ayes.

**Standing Committees:**

A. Community Planning/Seniors – Tom Migliorino and Laura Burrell

B. Youth &Parks Development – John Pizzolato and Kaitlin Haas

C. Codes – Tom Migliorino and Laura Burrell

D. Public Safety – John Pizzolato and Tom Migliorino

E. Grants – John Pizzolato and Laura Burrell

F. Insurance – Kaitlin Haas and Jim Akt

G. Buildings – Tom Migliorino and Laura Burrell

H. Beautification Committee Expansion "Marion O'Neill Beautification, Ceremony and Culture Club." – Karol Sundholm and Tim Oset

I. Personnel – John Pizzolato and Laura Burrell

J. Website – Laura Burrell, Terri Robertson, Patricia Summa and Lorre King

K. Hero's Park – Peter Carmeci

L. Energy & Environment Committee and Community Outreach – Carol Roig, Paula Campbell and Brandy Merola

Establish Comprehensive Plan, Personnel and Committee - Heather Jacksy

Motion by Councilperson Burrell to designate Terri Robertson as Website Administrator, seconded by Councilman Migliorino, motion carried, all ayes.

Motion by Councilman Akt to schedule "Grievance Day" for the 4th Tuesday in May, (May 28th, 2024) 11AM-1pm, 8:30-10:30pm, post on website, and advertise, seconded by Councilperson Burrell, motion carried, all ayes.

Motion by Councilman Akt to Re-Appoint Dennis Hatton, Board of Assessment Review and Appoint Gerald Finn, seconded by Councilman Migliorino

Motion by Councilman Akt to adjourn the meeting, seconded by Councilperson Burrell, motion carried, all ayes. (7:41 pm)

Case 7:24-cv-08477-CS    Document 12-15    Filed 03/31/25    Page 1 of 2

TOWN OF HIGHLAND
SPECIAL TOWN BOARD MEETING
January 4, 2024
ELDRED TOWN HALL

PRESENT          SUPERVISOR JOHN PIZZOLATO
                 COUNCILMAN JIM AKT
                 COUCILWOMAN KAITLIN HAAS
                 COUNCILMAN TOM MIGLIORINO
                 COUNCILPERSON LAURA BURRELL

 Also present,   Town Clerk Susan Hoffman

Supervisor calls meeting to order – 8:00 am

Flag Salute

Roll Call, Councilwoman Haas, not present

Supervisor:  The purpose of this meeting is to appoint an attorney for the town. We didn't anticipate getting the Open Meetings Board of Albany involved in our process, but that was contacted by one of our council people. The process was set forth for the personnel board, Because of the definitions that were provided by Councilwoman Haas about the Sunshine laws, we thought we were doing the right thing by getting together with just the Personnel Committee, it gave Laura and Tom the opportunity to meet with people. I respect that it was last minute, but we did everything we could to be as compliant as possible as set forth by the Sunshine laws. Then the complaint came in or was referred to regarding the Open Meetings laws. There are two separate laws, sunshine says you can't get more than two people together or you're breaking the sunshine law. Open Meetings Laws defined something a little bit different. I spoke to Miguel at great length. Miguel was the person who Councilperson Haas was in contact with the Open Meetings Department in Albany. He was only given part of the information. He didn't know that this all took place at a reorganization meeting. He didn't know that we announced to the public that our personnel committee was getting together. He didn't realize that these were two meetings that were announced to the public and that the date was set for the special meeting, all that was left out. I don't know if it was left out with good or bad intentions. The point is the council person wasn't here and was trying to report something to the state and gave a portion of the response. I was able to chronicle everything that happened yesterday, just with the interviews and spoke to him. He's going to give us a response. They're not a regulatory agency. No violations can be issued. If the council person wants to set forth an article 78 or file something in the court's she is more than welcome. To my mind, we were compliant and did everything within our power to execute the rules of Open Meetings and respect the Sunshine Laws as well. We never actually posted this position, but we were in the unique position that three very qualified applicants reached out to us. I think that there was a general familiarity with the majority of the applicants with myself and Laura and with you, Jim. Tom got to know Steve Mogel.

- 1 -                            Transcribed by https://otter.ai

We can call all the applicants who are waiting by now if we have additional questions after the Personnel Committee presents their findings. Jim and I in full disclosure have worked with Steve Mogel before, he's a land use real estate attorney. Laura knows of him from that experience. Steve Vegliante is also a land use attorney he used to be the supervisor for the Town of Fallsburg and reached out approached Laura and I at the Democratic Convention fundraiser and said if this position arises, I would like to be there. Then He submitted his application. Mike McGuire, I've worked with him in the county, he was the county attorney. He's a corporate judge. He reached out early on right after the election and then continued to reach out to other council people so we entertained his application. Because we have three very qualified candidates and the goal is to hire an attorney for the town. There's been a little mix up of what was again presented to the Open Meetings office. We're looking for an attorney for the town, a town attorney is something different. A town attorney is elected in most cases and municipalities, they're part of the community, live within the community and they have a salary. We're looking for an at will attorney for the town. If we do not like the way that it's going, we can very easily change out the attorney for the town if we don't feel that they have the skill set or they're showing some bias or they're not representing us in the way that we want to be represented. We can make a very simple motion to thank them and move on. I also want everybody to know that Javed was done out of complete need and necessity. We will approach how we're going to compensate Javed at the first board meeting because it's going to come out of our legal fund because we didn't have an attorney, and we didn't have any incumbent board members present to start the meeting. That's why the three of us and Joe got sworn in in advance because there was no mechanism for us to physically start the meeting. I can give you my findings, Laura can sum it up, I basically while the three of them were talking. I wrote down their experience, a quote about the work that they would provide for us and their specialty in practice. See mogul is the

Motion by Councilperson Burrell to go into Executive Session, seconded by Councilman Akt, motion carried, all ayes.

Motion by Councilperson Burrell to come out of Executive Session, seconded by Councilman Migliorino Tom shared our responses from the Personnel Committee and I think the board has reached a decision.

Motion by Councilman Akt to appoint Steven Mogel as the Attorney for the Town, seconded by Councilperson Burrell, motion carried, all ayes.

Motion by Councilman Migliorino to adjourn the meeting, seconded by Councilman Akt, motion carried, all ayes.

Respectfully submitted
Susan Hoffman, Town Clerk
January 4, 2024

Transcribed by https://otter.ai

# Steven Barshov
# SBarshovLaw PLLC

**20 Lagoon Lane**                                                          **917-886-4328**
**Haverstraw, New York 10927**                          **sbarshovlaw@outlook.com**

_____

January 12, 2023

BY HAND

Town of Highland Planning Board
2 Proctor Road
Eldred, New York 12732

Re:  211 Mail Road

Dear Planning Board Members,

As you know, I am counsel to the applicant concerning the above-referenced property.  Please be advised that I have opened my own law practice as of January 1, 2024 and my contact information is above.  Please update your records accordingly.

I write because it was reported to me by John Fuller that at the last Planning Board meeting certain Planning Board members questioned whether the application is for a religious use. This matter was addressed very early on in the process.  A memorandum of law was submitted addressing this issue in April 2023 and neither the Planning Board nor your counsel took issue with the proposed religious use of the property or the contents of the memorandum of law.  A copy that memorandum of law is re-submitted with this letter for your convenience.

If there was a question about the obvious religious use of the property, it should have been raised many months ago.  For the reasons articulated in the memorandum of law, the case law is crystal clear that the proposed use of the property is religious in nature.  Unless I hear otherwise from the Planning Board or its counsel, I will assume that the Planning Board will follow the law, not violate the Religious Land Use and Institutionalized Persons Act (RLUIPA), and continue to process the application as one for religious use.

Finally, it was also reported to me by John Fuller that one Planning Board member made negative statements about my client as being prejudiced in some way.  As I was not present, I do not know exactly what was stated.  However, Mr. Fuller reported that the remarks made were strident and quite negative. I caution the Planning Board that such comments manifest prejudgment of the application based on the privately held beliefs of this Planning Board member.  Such prejudgment on the basis of privately held beliefs, which lack any factual basis in the application, is contrary to law.  As your new attorney, Mr. Mogel, will no doubt advise the Planning Board, decisions on applications must be based on the facts and record made before the Planning Board.  There has been no public hearing and it is clear that this Planning Board member has prejudged this application, which is not allowed.

Case 7:24-cv-08477-CS     Document 12-16     Filed 03/31/25     Page 2 of 2

It is my hope that these matters will not be repeated and that the application will be fairly processed as a religious use without any prejudgment. I will be in attendance at the next Planning Board meeting and will address these matters in greater detail at that time should it be necessary.

Yours truly,

*Steven Barshov*

Steven Barshov

Town of Highland Planning Board
Meeting Minutes January 24, 2024

Chairman opens the meeting at 6PM
Pledge to the Flag
Chairman states the minutes are being recorded
Secretary takes Attendance.

| Attendance: | Norm Sutherland (Chairman) | Present |
| | JT Vogt (Co-Chair) | Present |
| | Jeffrey Spitz | Present |
| | Steve Bott | Present |
| | Tim McKenna | Present |
| | Frank Monteleone (alternate) | Present |
| | Bernard Kozykowski (alternate) | Present |
| Board Secretary: | Monica McGill | Present |
| Town Attorney: | Steve Mogel | Present |
| Code Enforcement: | Debra Dalto | Present |

Motion to approve the December 20, 2023 meeting minutes:
Motion: Jeff Spitz          Second: Tim McKenna          All in favor

Correspondence: Norm Sutherland reads the email received by the town supervisor, and wants to enter into record that he does not have a political agenda. He has been a resident of the town for over forty years, is a firefighter, and owns his own construction company. He states the board works together as a team and not a single entity and politics have no business in their decisions. (please see attached)

The chairman and the board welcome Frank Monteleone and Bernard Kozykowski as the new planning board alternates, as well as Steve Mogel as the new Town Attorney, and Debra Dalto as the new Code Enforcement Officer.

Attorney Steve Mogel advised the Board that, in his opinion, short-term rentals are properly characterized as Type II under SEQR pursuant to 617.5(C)(18) and, therefore, are not subject to further environmental review including, but not limited to, completion of Part II of the EAF. . Attorney Mogel stated that the criteria most proper for the Board to consider on such applications would be the basic criteria for Special Permitted Uses and Site Plan Approval listed in the zoning codes at 190-73. After discussion, the Board agreed with Attorney Mogel's characterization of short-term rentals and the procedure recommended by counsel.

**Application #38-2023 Karen MacIntyre  Short Term Rental Public Hearing:**
Motion to open the public hearing on application #38-2023:
Motion: Tim McKenna          Second: JT Vogt          All in favor
Secretary reads the public notice posted in the local newspapers
There were (8) letters mailed to the surrounding neighbors and (5) returned.
Correspondence: Email received by the applicant stating Peter Pope will attend the meeting in their absence.
Public Comment: None
Board Comment: None
Motion to close the public hearing on application #38-2023:
Motion: Tim McKenna          Second: Steve Bott          All in favor